UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

GUILLERMO SANCHEZ                                   CIVIL ACTION NO. _____

VERSUS

NEXTLEVEL ENTERPRISES SERVICES, LLC and
CARLOS SALAZAR

**COMPLAINT**

Plaintiff, Guillermo Sanchez, a person of the age of majority residing in the Parish of Ascension, State of Louisiana, brings this complaint against Defendants, Nextlevel Enterprises Services, LLC and Carlos Salazar, stating the following:

***Defendants***

1.

Made defendants herein are:

(a) Nextlevel Enterprises Services, LLC, a limited liability company organized under the laws of the State of Louisiana, domiciled and having its principal place of business in Ascension Parish, Louisiana; and

(b) Carlos Salazar, a natural person of the age of majority residing in Ascension Parish, Louisiana.

***Jurisdiction and Venue***

2.

This Court has subject matter jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1331.

3.

Plaintiff files this action pursuant to the Fair Labor Standards Act (29 U.S.C. § 201, *et seq.*).

4.

The great majority of the facts giving rise to this cause of action occurred within the parishes of East Baton Rouge and Ascension.

***Plaintiff***

5.

Plaintiff was employed by Nextlevel Enterprises Services, LLC as a construction worker from approximately February of 2015 through August 2015.

6.

The plaintiff regularly and customarily worked in excess of 40 hours per week, and he was not paid overtime wages as required by the Fair Labor Standards Act. He was paid his regular hourly rate, regardless of the number of hours he worked.

7.

Plaintiff was a non-exempt employee of Nextlevel Enterprises Services, LLC under the Fair Labor Standards Act. His duties consisted of providing labor in connection with Nextlevel Enterprises Services' construction work. Nextlevel Enterprises Services, LLC directed the time, method, and manner of the plaintiff's work duties.

8.

Upon information and belief, Carlos Salazar is an owner as well as the manager of Nextlevel Enterprises Services, LCC, and he devised the system whereby Nextlevel Enterprises Services failed to pay overtime to the plaintiff. He is therefore also the

"employer" of the plaintiff as that term is defined by the FLSA and is personally liable to plaintiff under the FLSA.

9.

Under the Fair Labor Standards Act, plaintiff is entitled to payment of additional wages at the rate of one and one-half times the rate of his regular pay for all hours worked in excess of forty hours per week throughout the duration of his employment.

10.

The defendants knowingly and willfully violated the FLSA. Plaintiff is therefore also entitled to recover from defendants an equal sum as liquidated damages, together with reasonable attorney fees, legal interest, costs, as well as to such equitable relief as may be appropriate to effectuate the purposes of the Fair Labor Standards Act.

**WHEREFORE,** plaintiff prays that there be service and citation upon the defendants, and that after all legal delays and proceedings that there be a judgment rendered in favor of the plaintiff and against the defendants, Nextlevel Enterprises Services, LCC and Carlos Salazar, for accumulated wages at the overtime rate as required by law, and an equal sum as liquidated damages, reasonable attorneys fees, interest on all sums due and owing from the date of judicial demand until paid, and for all costs of this proceeding.

Respectfully Submitted:

ESTES DAVIS LAW, LLC

_____
Daniel B. Davis (La. Bar Roll No. 30141)
Randall E. Estes (Bar Roll No. 22359)
850 North Boulevard
Baton Rouge, LA 70802
Telephone: (225) 336-3394
Facsimile: (225) 384-5419
*Attorneys for Plaintiff*